**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY THOMAS STONE, ) | 3:12-cv-0555-RCJ-WGC |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| SHERIFF MICHAEL HALEY, DEPUTY ) | |
| COLLINS, DEPUTY BALCH, and ) | |
| WASHOE COUNTY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      Plaintiff, who is a Nevada inmate has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (ECF No. 1-1). The complaint is subject to the provisions of the Prisoner Litigation Reform Act and was screed pursuant to 28 U.S.C. § 1915A. The Court found that plaintiff had not stated a claim for relief, except as to Count One against defendants Balch and Collins. Plaintiff was granted leave to amend, but has not done so within the time permitted. The Court shall therefore allow the matter to proceed as to count one against defendants Balch and Collins only.

      **IT IS THEREFORE ORDERED** that Count Two and defendants Sheriff Michael Haley and Washoe County are **DISMISSED WITH PREJUDICE**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall issue summons for defendants Deputy Collins and Deputy Balch and deliver same, along with two copies of the complaint, to the U.S. Marshal for service. The Clerk shall send to plaintiff two (2) USM-285 forms, one copy of the complaint and a copy of this order. Plaintiff shall have twenty (20) days in which to furnish to the U.S.

Marshal the required USM-285 forms. Within twenty (20) days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If plaintiff wishes to have service again attempted on an unserved defendant(s), then a motion must be filed with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendants, or, if an appearance has been made by counsel, upon their attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or a magistrate judge that has not been filed with the Clerk, and any paper which fails to include a certificate showing proper service.

Dated this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE