# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY THOMAS STONE,  )     | 3:12-cv-00555-RCJ-WGC |
| Plaintiff,  )                | **MINUTES OF THE COURT** |
| vs.  )                       | April 19, 2013 |
| DEPUTY COLLINS, et al.,  )   | |
| Defendants.  )               | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u> KATIE LYNN OGDEN </u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Defendants' "Unopposed Motion to Request Extension to File a Responsive Complaint Pursuant to LR 6-2 (First Request). (Doc. # 16.) Defendants seek an extension of the deadline to respond to Plaintiff's Complaint to and including Monday, April 30, 2013.

Although the motion is entitled as "unopposed," there is nothing in either the motion or the declaration attached thereto which states that counsel for Defendants has contacted the Plaintiff to receive his approval of the extension. While the court cannot therefore consider the motion "unopposed," nevertheless, counsel for Defendants has shown good cause for an enlargement of time to respond to Plaintiff's complaint.

Good cause appearing, Defendants' motion (Doc. # 16) is **GRANTED**. Defendants shall have **to and including April 30, 2013,** within which to file a response to Plaintiff's complaint.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>      /s/                              </u>
    Deputy Clerk